[No. 32112-6-III.   Division Three.   May 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T. HAMRE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-01120-5, Annette S. Plese, J., entered November 6, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32383-8-III.   Division Three.   May 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MICHAEL MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-8-00612-6, Salvatore F. Cozza, J., entered February 25, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 69925-3-I.   Division One.   June 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HAILU DAGNEW MANDEFERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02195-0, Catherine D. Shaffer, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 71128-8-I.   Division One.   June 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06320-2, James D. Cayce, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.